# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br> v. <br><br> GEF LAURELWOOD WEST INVESTORS, L.P., et al., <br><br> Defendants. | Case No.: 1:18-cv-00098 DAD JLT <br><br> ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE <br><br> Old Case Number: 1:18-cv-00098 DAD JLT <br> New Case Number: 1:18-cv-00098 DAD SKO |

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Sheila K. Oberto. The new case number is **1:18-cv-00098 DAD SKO**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: __January 24, 2018__        __/s/ Jennifer L. Thurston__
                           UNITED STATES MAGISTRATE JUDGE