UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GSF LAURELWOOD WEST INVESTORS, L.P., et al., <br><br> Defendants. | No. 1:18-cv-00098-DAD-SKO <br><br><br> ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. 8) |

On February 27, 2018, Plaintiffs filed a Notice of Voluntary Dismissal, in which Plaintiffs notified the Court of the dismissal of this action with prejudice. (Doc. 8.) Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **February 28, 2018**        /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE